390 A.2d 297

Commonwealth v. Pompey, Appellant.

Argued March 21, 1978.   T. Klingensmith, Assistant Public Defender, with him Theodore S. Danforth, Public Defender, for appellant; John Kenneff, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

SPAETH, J., did not participate in the consideration or decision of this case.